SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick G. Fields, | No. CV 18-03398-PHX-SPL (BSB) |
| Plaintiff, | |
| vs. | **ORDER** |
| Shanda Payne, et al., | |
| Defendants. | |

Plaintiff Patrick G. Fields, who is in the Arizona State Hospital (ASH), in Phoenix, Arizona, has filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff has neither paid the $350.00 filing fee and the $50.00 administrative fee, nor filed an Application to Proceed In Forma Pauperis. Plaintiff's detention does not appear to be the result of an accusation, conviction, or sentence for a criminal offense such that he is a prisoner within the meaning of the Prisoner Litigation Reform Act (PLRA).[1] Therefore, the Court will grant Plaintiff 30 days in which to file a non-prisoner Application to Proceed

---

[1] This action was opened as a "prisoner" civil rights case and referred to the Court's staff for review pursuant to LRCiv. 72.1(b). A "prisoner" is statutorily defined as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h); 42 U.S.C. § 1997e(h). That is, a "prisoner" is a person who is "currently detained as a result of accusation, conviction, or sentence for a *criminal* offense." *Agyeman v. INS*, 296 F.3d 871, 885, 886 (9th Cir. 2002) (citing *Page v. Torrey*, 201 F.3d 1136, 1139-40 (9th Cir. 2000)). Unless Plaintiff is a "prisoner" under the PLRA, he is not required to incrementally pay the filing fee.

**JDDL**

In Forma Pauperis or to pay the filing and administrative fees.

### I.      Payment of Filing Fee

When bringing an action, a prisoner must either pay the $400 filing and administrative fees or an Application to Proceed In Forma Pauperis.  As noted above, Plaintiff does not appear to be a "prisoner" as that term is used in the PLRA.  *See Andrews v. King*, 398 F.3d 1113, 1122 (9th Cir. 2005).  However, even a non-prisoner must either pay the $400 in filing and administrative fees, or he must file an Application to Proceed in District Court Without Prepaying Fees or Costs.  Plaintiff will be granted 30 days in which to either pay the $350.00 filing fee and the $50.00 administrative fee or file a non-prisoner Application to Proceed in District Court Without Prepaying Fees or Costs.

### II.     Warnings

#### A.      Address Changes

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

#### B.      Possible Dismissal

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)     Within **30 days** of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $50.00 administrative fee **or** file a complete Application to Proceed in District Court Without Prepaying Fees or Costs.

(2)     If Plaintiff fails to either pay the $350.00 filing fee and $50.00 administrative fee or file a complete Application to Proceed in District Court Without Prepaying Fees or Costs within 30 days, the Clerk of Court must enter a judgment of dismissal of this action

without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot.

    (3)    The Clerk of Court must mail Plaintiff a court-approved Application to Proceed in District Court Without Prepaying Fees or Costs.

Dated this 10th day of December, 2018.

                                      Honorable Steven P. Logan
                                      United States District Judge